**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 00-6640**

———————

JOHN THOMAS PARKER,

                                        Petitioner - Appellant,

        versus

STATE OF SOUTH CAROLINA; SOUTH CAROLINA
DEPARTMENT OF CORRECTIONS, William Douglas
Catoe, Director,

                                        Respondents - Appellees.

———————

Appeal from the United States District Court for the District of
South Carolina, at Charleston.  G. Ross Anderson, Jr., District
Judge.  (CA-99-1470-2-13AJ)

———————

Submitted:  November 30, 2000        Decided:  December 27, 2000

———————

Before NIEMEYER, WILLIAMS, and MICHAEL, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Tara Dawn Shurling, Columbia, South Carolina, for Appellant. Donald
John Zelenka, Chief Deputy Attorney General, Columbia, South Caro-
lina, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

John Thomas Parker appeals the district court's order granting the Respondents' motion for summary judgment and dismissing his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2000). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. We uphold the district court's determination that Parker has not demonstrated that his trial would have had a different outcome absent any alleged errors by counsel. See Strickland v. Washington, 466 U.S. 668, 694 (1984). Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED